# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SUSAN C. SMITH,

      Respondent

    v.

CHRISTOPHER C. SMITH,

      Petitioner

: No. 839 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

SUSAN C. SMITH,

      Respondent

    v.

CHRISTOPHER C. SMITH,

      Petitioner

: No. 840 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

SUSAN C. SMITH,

      Respondent

    v.

CHRISTOPHER C. SMITH,

      Petitioner

: No. 841 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.